1 ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
2 BRAYTON❖PURCELL LLP
Attorneys at Law
3 222 Rush Landing Road
Novato, California 94948-6169
4 (415) 898-1555
(415) 898-1247 (Fax No.)
5
Attorneys for Plaintiffs
6

7

8                     **THE UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| RONALD DUTTON, | No. C05-3107 JSW |
| Plaintiff, | |
| vs. | JOINT MOTION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME; [~~PROPOSED~~] ORDER |
| TODD SHIPYARDS CORPORATION et al | |
| Defendants. | |

18       Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

19 respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial*

20 *Case Management Conference* filed August 1, 2005 (Document 2), for the following good

21 cause: On September 23, 2005 Defendant TODD SHIPYARD CORPORATION filed a *Notice*

22 *and Motion to Transfer Action under 18 U.S.C. §1407* (Document 10) regarding the pending

23 Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania seeking to move

24 Jurisdiction of this matter to that District.

25       To date, the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") has not

26 entered a *Conditional Transfer Order* pursuant to MDL Panel Rule 12(a) or filed an order to

27 show cause why the action should not be transferred, pursuant to MDL Panel Rule 13(b).

28 //

1. It is likely the case management deadlines set by this Court will come to pass before the Clerk of the MDL Panel acts.

2. In addition, although all Defendants have been served, to date, an Answer is still pending from Defendant GENERAL DYNAMICS CORPORATION.

Due to the pending action by the Clerk of the MDL Panel, and the time needed by the panel to consider the notices and motion of Defendant TODD SHIPYARDS CORPORATION, the following parties hereby STIPULATE to and respectfully request that the dates set forth in the *Order Setting Initial Case Management Conference* filed August 1, 2005 (Document 2), including the deadline to file the Joint Case Management Statement on October 14, 2005 and the Case Management Conference currently set for hearing on November 4, 2005, be continued pending the outcome of the MDL Panel's decision on the merits of the transfer.

Dated: September 27, 2005         BRAYTON❖PURCELL LLP

                                  /s/ *David R. Donadio*

                                  By: _____
                                     David R. Donadio
                                     Attorneys for Plaintiffs

Dated: October 4, 2005            KNOTT & GLAZIER LLP

                                  /s/ *Laura Patricia Yee*

                                  By: _____
                                     Laura Patricia Yee
                                     Attorneys for Defendant
                                     LOCKHEED SHIPBUILDING COMPANY

Dated: September 27, 2005         CHARTER DAVIS, LLP

                                  /s/ *Jeffery J.A. Hinrichsen*

                                  By: _____
                                     Jeffery J.A. Hinrichsen
                                     Attorneys for Defendant VIAD CORP.

Dated: September 27, 2005         YARON & ASSOCIATES

                                  /s/ *Keith E. Patterson*

                                  By: _____
                                     Keith E. Patterson
                                     Attorneys for Defendant TODD
                                     SHIPYARDS CORPORATION

1 [~~PROPOSED~~]    **ORDER**

2    IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order

3 Setting Initial Case Management Conference* filed August 1, 2005 (Document 2) are hereby

4 VACATED.

5    IT IS FURTHER ORDERED that the Case Management Conference is continued a date

6 on or after January 1, 2006 to wit: Friday, January 13, 2006 at 1:30 p.m., Courtroom 2,

7 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

8    IT IS SO ORDERED.

9 Dated: October 5, 2005

               /s/ Jeffrey S. White
10             Jeffrey S. White
               United States District Court Judge

26 Roger Dutton vs. Todd Shipyards Corporation et al, USDC, N.D. Calf. No.C05-3107 JSW

---

K:\Injured\100080\Fed\stip cont (Dutton).wpd

3

MOTION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE No.C05-3107 JSW