1 GEORGE D. YARON, ESQ. (State Bar #96246)
D. DAVID STEELE, ESQ. (State Bar #171636)
2 KEITH E. PATTERSON, ESQ. (State Bar #225753)
**YARON & ASSOCIATES**
3 601 California Street, 21st Floor
San Francisco, California 94108-2281
4 Telephone: (415) 658-2929
Facsimile: (415) 658-2930
5
Attorneys for Defendant
6 TODD SHIPYARDS CORPORATION

7

8                 IN THE UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | RONALD DUTTON ) | C 05-3107 JSW |
| 12 | Plaintiff, ) | **JOINT MOTION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME; [PROPOSED] ORDER** |
| 13 | vs. ) | |
| 14 | TODD SHIPYARDS CORPORATION; ) GENERAL DYNAMICS CORPORATION; ) LOCKHEED SHIPBUILDING COMPANY; ) | |
| 15 | VIAD CORP., and DOES 1-300. ) | |
| 16 | Defendants. ) | |

17       Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and
18 respectfully move the Court, for an Order continuing the Case Management Conference and
19 extending the pre-Case Management Conference deadlines as set forth in the Order Setting Initial
20 Case Management Conference filed August 1, 2005 (Document 2), for the reasons set forth below.
21       On September 23, 2005, Defendant Todd Shipyards Corporation filed a Notice and Motion
22 to Transfer Action under 18 U.S.C. §1407 (Document 10) to the pending Multi-District Litigation
23 in the Eastern District of Pennsylvania, which seeks to move jurisdiction of this matter to that
24 District.
25       To date, the Clerk of the Judicial Panel on Multi-District Litigation has not entered a
26 Conditional Transfer Order pursuant to Multi-District Litigation Panel Rule 12(a) or filed an Order
27 to Show Cause why the action should not be transferred to that District pursuant to Multi-District
28

---
Motion and Stipulation to Continue
Case Management Conference          -1-

1  Litigation Panel Rule 13(b).  It is likely that the Case Management Conference and the pre-Case
2  Management Conference deadlines set by this Court will come to pass before the Clerk of the Multi-
3  District Litigation Panel acts on Defendant Todd Shipyards Corporation's Notice and Motion.
4       Due to the pending action by the Clerk of the Multi-District Litigation Panel, and the time
5  needed by the Panel to consider the Notice and Motion of Defendant Todd Shipyards Corporation,
6  the following parties hereby stipulate to, and respectfully request, that the Case Management
7  Conference, currently set for hearing on **January 13, 2006**, as set forth in the Order Continuing the
8  Case Management Conference, filed on October 20, 2005 and entered on October 21, 2005
9  (Document 15), be further continued pending the outcome of the Multi-District Litigation Panel's
10 decision on the merits of the transfer.  In addition, the parties request that the pre-Case Management
11 Conference deadlines set forth in the Order Setting Initial Case Management Conference be vacated.

12 Dated: December 7, 2005        YARON & ASSOCIATES

13
14                                 By:  */S/ Keith Patterson*
15                                      Keith E. Patterson
                                        Attorneys for Defendant Todd Shipyards
16                                      Corporation

17 Dated: December 7, 2005        BRAYTON ❖ PURCELL

18                                 By:  */S/ David R. Donadio*
19                                      David R. Donadio
                                        Attorneys for Plaintiff Ronald Dutton
20
21 Dated: December 7, 2005        KNOTT & GLAZIER LLP

22                                 By:  */S/ Laura Patricia Yee*
23                                      Laura Patricia Yee
                                        Attorneys for Defendant Lockheed
24                                      Shipbuilding Company

25 Dated: December 7, 2005        CHARTER DAVIS, LLP

26
27                                 By:  */S/ Jeffery J.A. Hinrichsen*
                                        Jeffery J.A. Hinrichsen
28                                      Attorneys for Defendant Viad Corp.

1 [~~PROPOSED~~] ORDER

2 IT IS HEREBY ORDERED that the Case Management Conference on January 13, 2006, as
3 set forth in the Order Continuing the Case Management Conference, filed on October 20, 2005, and
4 entered on October 21, 2005 (Document 15), is hereby VACATED.

5 IT IS FURTHER ORDERED that the pre-Case Management Conference deadlines specified
6 in the Order Setting Initial Case Management Conference, filed August 1, 2005 (Document 2), are
7 hereby VACATED.

8 IT IS FURTHER ORDERED that the Case Management Conference is continued to a date
9 on or after January 13, 2006, to wit: Friday, __March 24__, 2006 at 1:30 p.m.,
10 Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

11 IT IS SO ORDERED

13 DATED: December 9, 2005

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

---

Motion and Stipulation to Continue
Case Management Conference           -3-