BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DUTTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TODD SHIPYARDS CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 3:05-cv-03107-CRB<br><br>**ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 25, 2016        By: _____
　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE